IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

FILED
JUN 2 5 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| CARLOS PENDERGRASS,<br>    Plaintiff, | §<br>§<br>§ |
| V. | §    NO.   MO-11-CV-092 |
| NATIONAL CREDIT WORKS, INC.,<br>    Defendant. | §<br>§<br>§<br>§ |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Carlos Pendergrass's Motion for Entry of Default Against Defendant (Doc. No. 5), filed February 8, 2012. Plaintiff filed this motion without a final order attached. On June 7, 2012, the Court issued an Advisory (Doc. No. 7) that it would dismiss this case unless the Plaintiff provided the Court with his order of final default judgment within fourteen (14) days from the date of the Advisory. That deadline has come and gone. The Court, therefore, is of the opinion that the Plaintiff's case should be dismissed without prejudice. Accordingly,

**IT IS ORDERED** that the above-captioned cause is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

SIGNED this 25 Day of **June, 2012.**

_____
ROBERT JUNELL
United States District Judge
Western District of Texas